**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ Northern District Of Illinois _____

Case number (*If known*): _____   Chapter _7_

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | CVM Companies LLC |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   3 8 – 3 8 9 3 6 6 1

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 125 Tubeway Drive<br>Number        Street | Number        Street |
| | P.O. Box |
| Carol Stream          IL      60188<br>City               State    ZIP Code | City               State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| DU PAGE<br>County | Number        Street |
| | City               State    ZIP Code |

5. **Debtor's website** (URL)     www.championfan.com; www.vibramech.com

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding  LLP)

   ☐ Other. Specify: _____

| Debtor | CVM Companies LLC | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

<u>3</u>  <u>3</u>  <u>3</u>  <u>4</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____ When _____ Case number _____
                                     MM / DD / YYYY

          District _____ When _____ Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.  Debtor _____ Relationship _____

          District _____ When _____
                                       MM / DD / YYYY

          Case number, if known _____

Debtor   **CVM Companies LLC**
Name

Case number *(if known)*_____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?_____

Number        Street

_____

_____
City                              State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

---

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**15. Estimated assets**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | CVM Companies LLC | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/16/2016
MM  / DD / YYYY

✖ s/John Bergquist                                    John Bergquist
Signature of authorized representative of debtor      Printed name

Title _____

**18. Signature of attorney**

✖ s/Bruce L. Wald                     Date   03/16/2016
Signature of attorney for debtor            MM    / DD / YYYY

Bruce L. Wald
Printed name

Tishler & Wald, Ltd.
Firm name

200 S. Wacker Drive, Suite 3000
Number        Street

Chicago                                    IL          60606
City                                       State       ZIP Code

(312) 876-3800                             bwald@tishlerwald.com
Contact phone                              Email address

02919095                                   IL
Bar number                                 State

**Fill in this information to identify the case:**

Debtor name ___CVM Companies LLC___

United States Bankruptcy Court for the: ___Northern District of Illinois___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
|---|---|---|

**2.1**

Creditor's name
___ASSN Company___

Describe debtor's property that is subject to a lien
___Any and all assets of the debtor whether now owned or hereafter acquired or arising.___

$ 187,000.00     $ 0.00

Creditor's mailing address
___P.O. Box 2576___
___Springfield, Illinois 62708___

Describe the lien
___Blanket lien on all assets___

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred ___2015___

Last 4 digits of account number ___5   9   3   1___

Do multiple creditors have an interest in the same property?
☒ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
___Wells Fargo Bank___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**2.2**

Creditor's name
___Wells Fargo Bank___

Describe debtor's property that is subject to a lien
___See Attachment 1___

$ 1,750,000.00     $ 200,000.00

Creditor's mailing address
___1455 W. Lake Street___
___Minneapolis, MN 55408___

___X___

Describe the lien
___Blanket lien on all assets___

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred ___December, 2012___

Last 4 digits of account number ___2   2   1   8___

Do multiple creditors have an interest in the same property?
☒ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ___ASSN Company___

   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 1,937,000.00

Debtor    CVM Companies LLC
          Name _____          Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| VogelBach<br>1441 Broadway, 5th Floor<br>New York, NY 10018 | Line 2. 1 | 5 9 3 1 |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Attachment
Debtor: CVM Companies LLC          Case No:

Attachment 1

All inventory, chattel paper, accounts, equipment and general intangibles; whether any
of the foregoing is owned now or acquired later; all accessions, additions,
replacements, and substitutions relating to any of the foregoing; all records of any
kind relating to any of the foregoing; all proceeds relating to any of the foregoing
(including insurance, general intangibles, and other accounts proceeds).

**Fill in this information to identify the case:**

Debtor     CVM Companies LLC

United States Bankruptcy Court for the:   Northern District of Illinois

Case number
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**   **Priority creditor's name and mailing address**
Illinois Department of Revenue

100 W. Randolph, James R. Thompson Center

Chicago, Illinois 60601-3274

**Date or dates debt was incurred**
2016

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes and Other Government
Debts

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $589.52    Priority amount: $589.52

**2.2**   **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $ _____    Priority amount: $ _____

**2.3**   **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $ _____    Priority amount: $ _____

Debtor   GWP Companies LLC
_____
Name                                    Case number (if known)_____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1
**Nonpriority creditor's name and mailing address**

Airgas USA LLC

PO BOX 802576

Chicago, IL 60680-2576

Date or dates debt was incurred    2015

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 14,040.27

### 3.2
**Nonpriority creditor's name and mailing address**

Ally Auto

P.O. Box 9001951

Louisville], KY 40290-1951

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 451.00

### 3.3
**Nonpriority creditor's name and mailing address**

ANCO STEEL COMPANY INC

6529 SOLUTION CENTER

Chicago, IL 60677-6005

Date or dates debt was incurred    2015

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 9,085.91

### 3.4
**Nonpriority creditor's name and mailing address**

APPLIED INDUSTRIAL TECHNOLOGIES INC

22510 NTWORK PLACE

Elk Grove, IL 60673-1225

Date or dates debt was incurred    2015

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 6,222.82

### 3.5
**Nonpriority creditor's name and mailing address**

ARC Illinois

1429 JEFFREY DR

ADDISON, IL 60101

Date or dates debt was incurred    2015

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 514.76

### 3.6
**Nonpriority creditor's name and mailing address**

ATS LOGISTICS SERVICES INC

LBX7130 PO BOX 1450

Minneappolis, MN 55485

Date or dates debt was incurred    2015

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,200.00

Debtor   ~~CWP Companies LLC~~
      Name

Case number *(if known)* _____

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.7** Nonpriority creditor's name and mailing address

AVALANCHE CO.

424 Prospext

Glen Ellyn, IL 60137

Date or dates debt was incurred    2015

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Vendor

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 196.00

---

**3.8** Nonpriority creditor's name and mailing address

B & B NETWORKS INC

245 W ROOSEVELT RD BLDG 3 SUITE 17

WEST CHICAGO, IL 60185

Date or dates debt was incurred    2015

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Vendor

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 173.75

---

**3.9** Nonpriority creditor's name and mailing address

Baldor Electric Company

26827 NETWORK PLACE

Chicago, IL 60673-1268

Date or dates debt was incurred    2015

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Vendor

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 2,961.93

---

**3.10** Nonpriority creditor's name and mailing address

BOWERS TRUCKING INC

PO BOX 2428

OROVILLE , CA  95965-2428

Date or dates debt was incurred    2015

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Vendor

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 9,516.00

---

**3.11** Nonpriority creditor's name and mailing address

BULLOCK LOGAN & ASSOC INC

169 CROSSEN AVE

Elk Grove, IL 60007

Date or dates debt was incurred    2015

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Vendor

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 3,974.00

**Part 2:   Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

BZ Bearing & Power

8731 Orchard Dr,
Hickory Hills, IL 60457

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor

Date or dates debt was incurred    2015

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 4,644.76

---

**3.13** Nonpriority creditor's name and mailing address

Central Steel & Wire Company

P.O. Box 5100
Chicago, IL 60680-5100

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred    2015

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 991.55

---

**3.14** Nonpriority creditor's name and mailing address

Chicago-Wilcox Mfg.

PO BOX 126
South Holland, IL 60473-2841

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred    2015

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 206.09

---

**3.15** Nonpriority creditor's name and mailing address

CINTAS CORPORATION  #344

#344 PO BOX 88005
Chicago, IL 60680-1005

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred    2015

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 1,629.43

---

**3.16** Nonpriority creditor's name and mailing address

Comed - 125 Tubeway

509 N Dearborn St
Chicago , IL  60654

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred    2015

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 3,189.41

---

Debtor  CWP Companies LLC
_____
Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17** Nonpriority creditor's name and mailing address

ComEd - 804 Congress

509 N Dearborn St
Chicago, IL 60654

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor

Date or dates debt was incurred    2015

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 336.15

---

**3.18** Nonpriority creditor's name and mailing address

Deublin Company

2050 Norman Dr.
Waukegan, IL  60085

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred    2015

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 244.85

---

**3.19** Nonpriority creditor's name and mailing address

DF Fan Services

495 Wenger Drive
West Chicago, IL 60185

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 95.00

---

**3.20** Nonpriority creditor's name and mailing address

Elite Air

155 EASY ST
CAROL STREAM, IL 60188

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred    2015

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 418.00

---

**3.21** Nonpriority creditor's name and mailing address

Enterprise Leasing Company

510 S Illinois Rte 59
Naperville, IL  60540

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred    2015

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 254.06

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

ESR Motor Systems

648 E White Street
Rock Hill, SC 29730, SC 29730

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**  Vendor

Date or dates debt was incurred　　2015

Last 4 digits of account number　　__ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,739.20

---

**3.23** Nonpriority creditor's name and mailing address

FAIRBROTHER & ASSOCIATES INC

11001 FALLS RD
LUTHERVILLE , MD 21903

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Date or dates debt was incurred　　2015

Last 4 digits of account number　　__ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,226.50

---

**3.24** Nonpriority creditor's name and mailing address

Fastenal Company

PO BOX 1286
Winona, MN 55987-1286

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Date or dates debt was incurred　　2015

Last 4 digits of account number　　__ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 112.18

---

**3.25** Nonpriority creditor's name and mailing address

FED EX FREIGHT

500 ROSS STREET AIM 154-0455
PITTSBURG,  PA   15262

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Date or dates debt was incurred　　2015

Last 4 digits of account number　　__ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,764.09

---

**3.26** Nonpriority creditor's name and mailing address

Federal Express

PO BOX 94515
PALATINE , Illinois 60094-4515

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Date or dates debt was incurred　　2015

Last 4 digits of account number　　__ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 265.83

---

Debtor _____CMF Companies LLC_____    Case number _(if known)_____
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.27** Nonpriority creditor's name and mailing address

Finishes Unlimited

PO BOX 69
SUGAR GROVE, IL  60554-0069

Date or dates debt was incurred    2015
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 359.00

---

**3.28** Nonpriority creditor's name and mailing address

First Communications

DEPT 781115  PO BOX 7800
Detroit, MI 48278-1115

Date or dates debt was incurred    2016
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 566.11

---

**3.29** Nonpriority creditor's name and mailing address

Fox Valley Fire & Safety

2730 PINNACLE DR
ELGIN, IL 60124

Date or dates debt was incurred    2015
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 277.00

---

**3.30** Nonpriority creditor's name and mailing address

FreightQuote.com

901 WEST CARONDELET DR
KANSAS CITY , MO   64114

Date or dates debt was incurred    2015
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,742.71

---

**3.31** Nonpriority creditor's name and mailing address

GODING ELECTRIC CO

686 E FULLERTON AVE
GLENDALE HEIGHTS , IL   60139

Date or dates debt was incurred    2015
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 12,533.91

Debtor  CWP Companies LLC
        Name                                                    Case number (if known)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.32** Nonpriority creditor's name and mailing address

Grainger

DEPT 840951396
PALATINE , IL  60038-0001

Date or dates debt was incurred ___2015___

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: __Vendor__

Is the claim subject to offset?
☒ No
☐ Yes

$ 260.93

---

**3.33** Nonpriority creditor's name and mailing address

GRIMM METAL FABRICATORS INC

1121 N GARFIELD ST
LOMBARD , IL 60148

Date or dates debt was incurred ___2015___

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset?
☒ No
☐ Yes

$ 250.00

---

**3.34** Nonpriority creditor's name and mailing address

Humana Specialty Benefits

PO BOX 884
CAROL STREAM , IL 60132-0884

Date or dates debt was incurred ___2016___

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset?
☒ No
☐ Yes

$ 300.69

---

**3.35** Nonpriority creditor's name and mailing address

ILLINOIS BLOWER INC

750 INDUSTRIAL DR
CARY, IL 60013-1988

Date or dates debt was incurred ___2015___

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,200.00

---

**3.36** Nonpriority creditor's name and mailing address

ILLINOIS CRANE INC

1621 W CHANUTE RD
PEORIA , IL  61615

Date or dates debt was incurred ___2015___

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset?
☒ No
☐ Yes

$ 720.00

---

Debtor    GMP Companies LLC
          Name                                                    Case number (if known)

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.37**  Nonpriority creditor's name and mailing address

IMBERT INTERNATIONAL, INC

7030 N AUSTIN AVENUE
NILES, IL 60714

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Vendor

Date or dates debt was incurred    2015
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,142.99

---

**3.38**  Nonpriority creditor's name and mailing address

IPC INTERNATIONAL PACKING & CRATING

DEPT 4010  PO BOX 4653
OAK BROOK, IL 60522

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Date or dates debt was incurred    2015
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 325.00

---

**3.39**  Nonpriority creditor's name and mailing address

JIM ROBBINS & ASSOC

PO BOX 4779
CHATTANOOGA , TN   37405-0779

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Date or dates debt was incurred    2015-2016
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,362.60

---

**3.40**  Nonpriority creditor's name and mailing address

John Bergquist

2131 Linneman St.
Glenview, IL 60025

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Managing Member

Date or dates debt was incurred    2015
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 754.18

---

**3.41**  Nonpriority creditor's name and mailing address

JOHN R WILLIS INC

11 WEST COLLEGE DRIVE  SUITE F
ARLINGTON HTS, IL 60004

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Date or dates debt was incurred    2015
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,602.72

---

**Part 2:** Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** Nonpriority creditor's name and mailing address

KELLY INDUSTRIAL COATINGS INC

803 CORPORATE CT
WAUKESHA , WI 53189

Date or dates debt was incurred 2015
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,338.36

**3.43** Nonpriority creditor's name and mailing address

KENNAMETAL TRICON METALS

PO BOX 654064
DALLAS , TX 75265-4064

Date or dates debt was incurred 2015
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,544.23

**3.44** Nonpriority creditor's name and mailing address

KIFFER INDUSTRIES INC

PO BOX 637111
CINCINNATI , OH 45263-7111

Date or dates debt was incurred 2015
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 652.51

**3.45** Nonpriority creditor's name and mailing address

LAGRANGE CRANE SERVICE

6180 RIVER RD
HODGKINS, IL 60525

Date or dates debt was incurred 2015
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,955.00

**3.46** Nonpriority creditor's name and mailing address

LIEBOVICH STEEL & ALUMINUM CO

2116 PRESTON ST
ROCKFORD , IL 61102

Date or dates debt was incurred 2016
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,344.08

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.47** Nonpriority creditor's name and mailing address

Lisa Fleischmann

277 EDGEWATER DRIVE
Bloomingdale, IL  60108

Date or dates debt was incurred    2016
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Accountant

Is the claim subject to offset?
☒ No
☐ Yes

$ 197.03

---

**3.48** Nonpriority creditor's name and mailing address

M & R MACHINE & TOOL INC

257 LANGTON LN
BLOOMINGDALE , il 60108

Date or dates debt was incurred    2015
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 116.69

---

**3.49** Nonpriority creditor's name and mailing address

MASTERDRIVE INC

PO BOX 157
FORT ATKINSON , WI 53538

Date or dates debt was incurred    2016
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 331.01

---

**3.50** Nonpriority creditor's name and mailing address

MATT'S REPAIR INC

9412 W 181ST AVE
LOWELL , IN 46356

Date or dates debt was incurred    2016
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 775.98

---

**3.51** Nonpriority creditor's name and mailing address

MCMASTER-CARR SUPPLY CO

PO BOX 7690
CHICAGO , IL 60680-7690

Date or dates debt was incurred    2015
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,331.02

Debtor   CMP Companies LLC
_____
Name   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.52** | Nonpriority creditor's name and mailing address

METAL SPINNERS INC

PO BOX 75668

CLEVELAND , OH 44101-4475

Date or dates debt was incurred    2015

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,242.23

---

**3.53** | Nonpriority creditor's name and mailing address

Michael Orseno and Joe Orseno

Orseno Properties LLC 1200 Cactus Trail

Carol Stream, IL 60188

Date or dates debt was incurred    2012

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 200,000.00

---

**3.54** | Nonpriority creditor's name and mailing address

MILLS-WINFIELD ENGINEERING SALES

2002 BLOOMINGDALE RD

GLENDALE HEIGHTS , IL 60139

Date or dates debt was incurred    2015

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 794.01

---

**3.55** | Nonpriority creditor's name and mailing address

MK Systems, Inc.

1455 Brummel Ave

Elk Grove Village, IL  60007

Date or dates debt was incurred    2015

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,768.04

---

**3.56** | Nonpriority creditor's name and mailing address

MUCK ENGINEERING INC

9972 PACIFIC AVE

FRANKLIN PK , IL 60131

Date or dates debt was incurred    2015-2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 51,341.50

---

Debtor  CMP Companies LLC
Name

Case number (if known)

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57**

Nonpriority creditor's name and mailing address

NAPCO STEEL, INC

1800 ARTHUR DRIVE
WEST CHICAGO, IL 60185

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Vendor

Date or dates debt was incurred  2015

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,825.35

---

**3.58**

Nonpriority creditor's name and mailing address

NICOR GAS

PO BOX 5407
CAROL STREAM , IL 60197-5407

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Date or dates debt was incurred  2015 -2016

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,514.73

---

**3.59**

Nonpriority creditor's name and mailing address

OVERLY HAUTZ

PO BOX 837
LEBANON , OH 45036

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Date or dates debt was incurred  2015

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 507.00

---

**3.60**

Nonpriority creditor's name and mailing address

PA CRIMSON FIRE RISK SERVICES

920 N. Ridge Avenue - Unit C-7
Lombard, IL 60148

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Date or dates debt was incurred  2015

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 52.04

---

**3.61**

Nonpriority creditor's name and mailing address

PCB PIEZOTRONICS

3425 WALDEN AVE
DEPEW, NY 14043-2495

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Date or dates debt was incurred  2015

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,200.31

---

Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.62**   **Nonpriority creditor's name and mailing address**

PROQUIP, INC.

418 SHAWMUT AVE. LA GRANGE, IL 60525

LA GRANGE, IL 60525

Date or dates debt was incurred    2015

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**   Vendor

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 1,701.59

---

**3.63**   **Nonpriority creditor's name and mailing address**

RADIAC ABRASIVES INC

3037 MOMENTUM PLACE

CHICAGO, IL 60689-5330

Date or dates debt was incurred    2015

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   Vendor

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 556.50

---

**3.64**   **Nonpriority creditor's name and mailing address**

RBI BEARING INC

13450 BROOKS DR  UNIT B

BALDWIN PARK, CA 91706

Date or dates debt was incurred    2015

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   Vendor

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 306.23

---

**3.65**   **Nonpriority creditor's name and mailing address**

RELIANT LAWN SERVICE INC

PO BOX 5953

ELGIN , IL 60121

Date or dates debt was incurred    2015

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   Vendor

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 1,072.50

---

**3.66**   **Nonpriority creditor's name and mailing address**

REPUBLIC SERVICES #933

PO 9001154

LOUISVILLE, KY  40290-1154

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   Vendor

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 253.12

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.67**   Nonpriority creditor's name and mailing address

REXNORD INDUSTRIES LLC - IL

JPMORGAN  PO BOX 93944

CHICAGO , IL 60673

Date or dates debt was incurred   2015

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor
   disputed

Basis for the claim:   Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,091.25

---

**3.68**   Nonpriority creditor's name and mailing address

RJ KECK PIPE & SUPPLY CO

2125 AUCUTT RD

MONTGOMERY , IL 60538

Date or dates debt was incurred   2015

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 225.20

---

**3.69**   Nonpriority creditor's name and mailing address

Rolled Alloys

PO Box 67000  Dept 33901

Detroit, Mi 48267-0339

Date or dates debt was incurred   2016

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 16,583.64

---

**3.70**   Nonpriority creditor's name and mailing address

ROSE INDUSTRIAL PRODUCTS

520 BONNIE LN

ELK GROVE VILLAGE, IL 60007

Date or dates debt was incurred   2015

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 429.69

---

**3.71**   Nonpriority creditor's name and mailing address

SAFETY SUPPLY ILLINOIS

1055 KINGSLAND DRIVE

BATAVIA , IL 60510

Date or dates debt was incurred   2015

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 90.87

---

Debtor  GMP Companies LLC
_____    Case number (if known) _____
Name

| **Part 2:** | **Additional Page** |

| | Amount of claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.72** | Nonpriority creditor's name and mailing address

SAFETY-KLEEN

2600 N CENTRAL EXPRESSWAY SUITE 400
RICHARDSON , TX 75080

Date or dates debt was incurred    2015

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 682.70

---

**3.73** | Nonpriority creditor's name and mailing address

SCHENCK TREBEL CORPORATION

1846 RELIABLE PARKWAY
CHICAGO , IL 60686-0018

Date or dates debt was incurred    2014 - 2015

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 9,495.95

---

**3.74** | Nonpriority creditor's name and mailing address

SCHWAN MOTOR CO

5292 N Northwest Hwy
Chicago, IL  60630

Date or dates debt was incurred    2015

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,100.00

---

**3.75** | Nonpriority creditor's name and mailing address

SKF USA INC.

DEPT 2807
CAROL STREAM , il 60132-2807

Date or dates debt was incurred    2015

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,946.07

---

**3.76** | Nonpriority creditor's name and mailing address

STANDARD FORWARDING LLC

62820 COLLECTION CENTER DR
CHICAGO , IL 60693-0628

Date or dates debt was incurred    2015

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$ 203.83

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.77** Nonpriority creditor's name and mailing address

STAUB ANDERSON GREEN

55 W MONROE ST  SUITE 1925

CHICAGO , IL 60603-5079

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 1,472.00

Date or dates debt was incurred    2015

Last 4 digits of account number    __ __ __ __

Basis for the claim:   Legal Fees

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.78** Nonpriority creditor's name and mailing address

SUPERB JANITORIAL SERVICE INC

PO BOX 87994

CAROL STREAM , IL 60188-7994

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 176.00

Date or dates debt was incurred    2015

Last 4 digits of account number    __ __ __ __

Basis for the claim:   Vendor

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.79** Nonpriority creditor's name and mailing address

TECH INDUSTRIAL SALES

1303 N GRIFFIN ST.

DANVILLE, IL 61832

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,450.08

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

Basis for the claim:   Vendor

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.80** Nonpriority creditor's name and mailing address

THE STANDARD COMPANIES

2601 SOUTH ARCHER AVE

CHICAGO , IL 60608-5913

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 132.26

Date or dates debt was incurred    2015

Last 4 digits of account number    __ __ __ __

Basis for the claim:   Vendor

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.81** Nonpriority creditor's name and mailing address

THE STEEL SUPPLY COMPANY

5105 Newport Drive

Rolling Meadows, il 60008

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,063.95

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

Basis for the claim:   Vendor

Is the claim subject to offset?
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.82** | **Nonpriority creditor's name and mailing address**

TOP SPOT INTERNET MARKETING

5120 WOODWAY DR SUITE 10025

HOUSTON, TX 77056

Date or dates debt was incurred     2013

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,707.50

---

**3.83** | **Nonpriority creditor's name and mailing address**

TRANE U.S. INC

PO BOX 98167

CHICAGO , IL 60693

Date or dates debt was incurred     2015

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 285.40

---

**3.84** | **Nonpriority creditor's name and mailing address**

TYCO INTEGRATED SECURITY LLC

PO BOX 371967

PITTSBURGH, PA 15250-7967

Date or dates debt was incurred     2015 - 2016

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,182.00

---

**3.85** | **Nonpriority creditor's name and mailing address**

UNITED HEALTHCARE

DEPT CH 1051

PALATINE , IL 60055-0151

Date or dates debt was incurred     2016

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 684.76

---

**3.86** | **Nonpriority creditor's name and mailing address**

UNIVERSAL ACOUSTIC & EMISSION TECH INC

PO BOX 411

STOUGHTON , WI   53589

Date or dates debt was incurred     2015

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,115.24

---

| Debtor | CVMP Companies LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.87** Nonpriority creditor's name and mailing address

VENTFABRICS INC

5520 NORTH LYNCH
CHICAGO , IL 60630-1483

Date or dates debt was incurred 2015

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$218.46

**3.88** Nonpriority creditor's name and mailing address

VIBRATION ELIMINATOR CO INC

15 DIXON AVE
COPIAGUE , NY 11726

Date or dates debt was incurred 2015

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$551.20

**3.89** Nonpriority creditor's name and mailing address

WEG ELECTRIC CORPORATION MAIL CODE 5606

PO BOX 105046
ATLANTA , GA 30348-5046

Date or dates debt was incurred 2015

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$17,747.25

**3.90** Nonpriority creditor's name and mailing address

WELDSTAR COMPANY

1750 MITCHELL ROAD
AURORA, IL 60505

Date or dates debt was incurred 2016

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$1,038.56

**3.91** Nonpriority creditor's name and mailing address

WENZEL METAL SPINNERS INC

PO BOX 638510
CINCINNATI , OH 45263-8510

Date or dates debt was incurred 2015

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$8,363.31

Debtor _____GWP Companies LLC_____   Case number (if known)_____
       Name

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.12. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 589.52 |
| 5b. **Total claims from Part 2** | 5b. | **+** | $ 489,609.61 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 490,199.13 |