# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CVM Companies LLC | § | Case No. 16-08981 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/16/2016 . The undersigned trustee was appointed on 03/29/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---:|---:|
| 4. The trustee realized gross receipts of | $ | 24,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 4.12 |
| Bank service fees | | 213.23 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 23,782.65 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 01/12/2017 and the deadline for filing governmental claims was 01/12/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,150.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,150.00 , for a total compensation of $ 3,150.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 13.00 , for total expenses of $ 13.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/31/2017           By: /s/BRENDA PORTER HELMS, TRUSTEE
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-08981 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | CVM Companies LLC | | | | Date Filed (f) or Converted (c): | 03/16/2016 (f) |
| | | | | | 341(a) Meeting Date: | 04/26/2016 |
| For Period Ending: | 10/31/2017 | | | | Claims Bar Date: | 01/12/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 0.00 | 0.00 | | 0.00 | FA |
| 2. Lake Forest Bank and Trust - checking account | 2,114.51 | 0.00 | | 0.00 | FA |
| 3. Real Property Lease Security Deposit - Orseno Properties LLC | 30,600.00 | 0.00 | | 0.00 | FA |
| 4. Accounts Receivable - 90 days old or less  compelled to abandon per order 6/3/16 [dkt 30] | 75,167.00 | 0.00 | OA | 0.00 | FA |
| 5. Accounts Receivable - over 90 days  compelled to abandon per order 6/3/16 [dkt 30] | 4,382.00 | 0.00 | OA | 0.00 | FA |
| 6. Raw Materials - steel, cones, shrouds and other parts  compelled to abandon per order 6/3/16 [dkt 30] | 32,202.00 | 0.00 | OA | 0.00 | FA |
| 7. Work in Progress - partially completed fans and parts  compelled to abandon per order 6/3/16 [dkt 30] | 11,386.00 | 0.00 | OA | 0.00 | FA |
| 8. Office Furniture - chairs, desks, etc.  compelled to abandon per order 6/3/16 [dkt 30] | 3,305.00 | 0.00 | OA | 0.00 | FA |
| 9. Office equipment, incl. computers  compelled to abandon per order 6/3/16 [dkt 30] | 4,320.00 | 0.00 | OA | 0.00 | FA |
| 10. 2013 Cargo Van - VIN 1GCWGFCA6D1192859  Stay modified per order 10/14/16 [dkt 37] to allow secured creditor to recover collateral | 2,500.00 | 0.00 | | 0.00 | FA |
| 11. 2002 Chevy Van - VIN 1GCGG25R321191343  compelled to abandon per order 6/3/16 [dkt 30] | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 12. 2006 Ford Van - VIN 1FTNE24L23HB06222 | 5,500.00 | 0.00 | | 0.00 | FA |
| 13. Other equipment and tools  compelled to abandon per order 6/3/16 [dkt 30] | 107,130.00 | 0.00 | OA | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-08981 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | CVM Companies LLC | | | | Date Filed (f) or Converted (c): | 03/16/2016 (f) |
| | | | | | 341(a) Meeting Date: | 04/26/2016 |
| For Period Ending: | 10/31/2017 | | | | Claims Bar Date: | 01/12/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Intellectual Property - Champion Fan  compelled to abandon per order 6/3/16 [dkt 30] | Unknown | 0.00 | OA | 0.00 | FA |
| 15. Internet domain/website -- championfancorp.com, vibramech.co  compelled to abandon per order 6/3/16 [dkt 30] | Unknown | 0.00 | OA | 0.00 | FA |
| 16. Other intangibles/IP - drawings  compelled to abandon per order 6/3/16 [dkt 30] | Unknown | 0.00 | OA | 0.00 | FA |
| 17. Lease on real property - 125 Tubeway Dr., Carol Stream, IL  Stay modified per order 5/13/16 [dkt 22] authorizing landlord to seek judgment for possession of real property against Debtor | 0.00 | 0.00 | | 0.00 | FA |
| 18. Preferential Transfers (u)  Trustee settled with Rolled Alley for recovery of preferential transfer per court order dated 12/2/16 [dkt 42] for $10,000.00 Trustee filed an adversary against Muck Engineering to recover preferential transfers. Trustee settled per court order dated 3/10/17 [dkt 52] for $4,500.00. Trustee filed an adversary against Baldor Electric to recover preferential transfers. Trustee settled per court order dated 3/10/17 [dkt 52] for $9,500.00. | Unknown | 0.00 | | 24,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $280,106.51   $0.00   $24,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

8/17/17: Trustee settled final adversary for recovery of preferential transfers.  Trustee reviewed claims and objected to Wells Fargo claim which has recently been amended.  Trustee is now revising her TFR.

3/2/17:  Funds have now been received pursuant to one of two preference complaints.  One complaint remains pending.

9/30/16:  Trustee has employed special counsel to pursue preferential transfers.  One transfer has been settled.  Adversary complaints to be filed.

Initial Projected Date of Final Report (TFR): 12/31/2017      Current Projected Date of Final Report (TFR): 12/31/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 16-08981 | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CVM Companies LLC | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX3847 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX3661 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/31/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/19/16 | 18 | Rolled Alloys | preference settlement<br>Settled per order 12/2/16 [dkt 42] | 1241-000 | $10,000.00 | | $10,000.00 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,990.00 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.37 | $9,975.63 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.83 | $9,960.80 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.81 | $9,945.99 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.36 | $9,932.63 |
| 03/09/17 | 101 | INTERNATIONAL SURETIES<br>701 Polydras St. #420<br>New Orleans, LA 70139 | Bond #016073584 Reversal check printed without MICR cartridge | 2300-000 | | ($4.12) | $9,936.75 |
| 03/09/17 | 101 | INTERNATIONAL SURETIES<br>701 Polydras St. #420<br>New Orleans, LA 70139 | Bond #016073584 | 2300-000 | | $4.12 | $9,932.63 |
| 03/09/17 | 102 | INTERNATIONAL SURETIES<br>701 Polydras St. #420<br>New Orleans, LA 70139 | Bond payment | 2300-000 | | $4.12 | $9,928.51 |
| 04/05/17 | 18 | Muck Engineering Corporation | Settlement of preference<br>Per order 3/10/17 [dkt 52] (deposited 3/21/17-posted to ledger 4/5/17) | 1241-000 | $4,500.00 | | $14,428.51 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.14 | $14,411.37 |
| 04/22/17 | 18 | Baldor<br>Fort Smith Arkansas 72908 | preference settlement<br>Settled per order 3/27/17 [dkt 56] | 1241-000 | $9,500.00 | | $23,911.37 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*  Page Subtotals: $24,000.00  $88.63

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 16-08981 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: CVM Companies LLC | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX3847 |
| | | Checking |
| Taxpayer ID No: XX-XXX3661 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 10/31/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.47 | $23,887.90 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.51 | $23,852.39 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.32 | $23,818.07 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.42 | $23,782.65 |

| | | |
|---|---|---|
| COLUMN TOTALS | $24,000.00 | $217.35 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $24,000.00 | $217.35 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $24,000.00 | $217.35 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                    Page Subtotals:            $0.00        $128.72

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3847 - Checking | $24,000.00 | $217.35 | $23,782.65 |
|  | $24,000.00 | $217.35 | $23,782.65 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| **Total Allocation Receipts:** | $0.00 |
| **Total Net Deposits:** | $24,000.00 |
| **Total Gross Receipts:** | $24,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-08981-DRC  
Debtor Name: CVM Companies LLC  
Claims Bar Date: 1/12/2017  

Date: October 31, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | THE HELMS LAW FIRM PC<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL 60625 | Administrative | Trustee compensation | $0.00 | $3,150.00 | $3,150.00 |
| 100 2200 | THE HELMS LAW FIRM PC<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL 60625 | Administrative | Trustee's expenses | $0.00 | $13.00 | $13.00 |
| 100 2300 | INTERNATIONAL SURETIES LTD<br>International Sureties Ltd | Administrative | Trustee's bond | $0.00 | $4.12 | $4.12 |
| 100 3210 | SPRINGER BROWN LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Administrative | Trustee's attorneys' final fees | $0.00 | $7,565.00 | $7,565.00 |
| 100 3220 | SPRINGER BROWN LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Administrative | Trustee's attorneys' final expenses | $0.00 | $189.38 | $189.38 |
| 10A 400 4210 | WELLS FARGO BANK, N.A.<br>600 S. 4TH STREET<br>MINNEAPOLIS, MN 55415 | Secured | claim amended 9/22/17; secured portion of claim withdrawn in amended claim<br><br>(secured portion of claim; satisfied outside of bankruptcy case from auction proceeds received from sale of Debtor's assets that Trustee was compelled to abandon per order 6/3/16 [dkt 30]) | $1,750,000.00 | $0.00 | $0.00 |
| 1 300 7100 | AIRGAS USA LLC<br>6055 ROCKSIDE WOODS BLVD<br>INDEPENDENCE OH 44131 | Unsecured | | $0.00 | $13,157.92 | $13,157.92 |
| 2 300 7100 | FEDEX TECHCONNECT, INC.<br>ATTN: REVENUE RECOVERY/BANKRUPTCY<br>3965 AIRWAYS BLVD.<br>MODULE G.,3RD FLOOR<br>MEMPHIS, TN 38116-5017 | Unsecured | | $0.00 | $8,014.88 | $8,014.88 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-08981-DRC  Date: October 31, 2017
Debtor Name: CVM Companies LLC
Claims Bar Date: 1/12/2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3 300 7100 | HUMANA, INC C/O RMS BANKRUPTCY RECOVERY SERVICES P.O. BOX 361345 COLUMBUS, OH 43236 | Unsecured | | $0.00 | $293.26 | $293.26 |
| 4 300 7100 | APPLIED INDUSTRIAL TECHNOLOGIES C/O DIANNE MISENKO ONE APPLIED PLAZA CLEVELAND OH 44115 | Unsecured | | $0.00 | $6,222.82 | $6,222.82 |
| 5 300 7100 | WEG ELECTRIC CORP 6655 SUGARLOAF PARKWAY DULUTH GA 30097 | Unsecured | | $0.00 | $17,747.25 | $17,747.25 |
| 6 300 7100 | MCMASTER-CARR SUPPLY COMPANY PO BOX 4355 CHICAGO IL 60680 | Unsecured | | $0.00 | $2,605.25 | $2,605.25 |
| 7 300 7100 | ESR MOTOR SYSTEMS LLC 648 E WHITE STREET ROCK HILL, SC 29730 | Unsecured | | $0.00 | $3,739.20 | $3,739.20 |
| 8 300 7100 | ARC DOCUMENT SOLUTIONS LLC 1429 JEFFREY DRIVE ADDISON, IL 60101 | Unsecured | | $0.00 | $576.76 | $576.76 |
| 9 300 7100 | LAGRANGE CRANE SERVICES, INC. CO THOMAS T. BOUNDAS & ASSOCIATES 6428 JOLIET RD. STE. 204 COUNTRYSIDE IL 60525 | Unsecured | | $0.00 | $6,124.09 | $6,124.09 |
| 10 300 7100 | WELLS FARGO BANK, N.A. 600 S. 4TH STREET MINNEAPOLIS, MN 55415 | Unsecured | | $0.00 | $1,667,558.63 | $1,667,558.63 |
| 11 300 7100 | MICHAEL ORSENO AND JOE ORSENO ARIANO, HARDY, RITT, NYULI, RICHMOND, LYTLE & GOETTEL PC 2000 MCDONALD ROAD SUITE 200 SOUTH ELGIN IL 60177-3324 | Unsecured | | $0.00 | $179,465.75 | $179,465.75 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-08981-DRC  
Debtor Name: CVM Companies LLC  
Claims Bar Date: 1/12/2017  
Date: October 31, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 12 | PCB PIEZOTRONICS INC | Unsecured | | $0.00 | $2,200.31 | $2,200.31 |
| 300 | 3425 WALDEN AVE | | | | | |
| 7100 | DEPEW, NY 14043-2495 | | | | | |
| | Case Totals | | | $1,750,000.00 | $1,918,627.62 | $1,918,627.62 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-08981
Case Name: CVM Companies LLC
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand $ 23,782.65

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10A | WELLS FARGO BANK, N.A. | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors  $ 0.00

Remaining Balance  $ 23,782.65

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THE HELMS LAW FIRM PC | $ 3,150.00 | $ 0.00 | $ 3,150.00 |
| Trustee Expenses: THE HELMS LAW FIRM PC | $ 13.00 | $ 0.00 | $ 13.00 |
| Attorney for Trustee Fees: SPRINGER BROWN LLC | $ 7,565.00 | $ 0.00 | $ 7,565.00 |
| Attorney for Trustee Expenses: SPRINGER BROWN LLC | $ 189.38 | $ 0.00 | $ 189.38 |
| Other: INTERNATIONAL SURETIES LTD | $ 4.12 | $ 4.12 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses  $ 10,917.38

Remaining Balance  $ 12,865.27

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,907,706.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AIRGAS USA LLC | $ 13,157.92 | $ 0.00 | $ 88.73 |
| 2 | FEDEX TECHCONNECT, INC. | $ 8,014.88 | $ 0.00 | $ 54.05 |
| 3 | HUMANA, INC | $ 293.26 | $ 0.00 | $ 1.98 |
| 4 | APPLIED INDUSTRIAL TECHNOLOGIES | $ 6,222.82 | $ 0.00 | $ 41.97 |
| 5 | WEG ELECTRIC CORP | $ 17,747.25 | $ 0.00 | $ 119.68 |
| 6 | MCMASTER-CARR SUPPLY COMPANY | $ 2,605.25 | $ 0.00 | $ 17.57 |
| 7 | ESR MOTOR SYSTEMS LLC | $ 3,739.20 | $ 0.00 | $ 25.22 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | ARC DOCUMENT SOLUTIONS LLC | $ 576.76 | $ 0.00 | $ 3.89 |
| 9 | LAGRANGE CRANE SERVICES, INC. | $ 6,124.09 | $ 0.00 | $ 41.30 |
| 10 | WELLS FARGO BANK, N.A. | $ 1,667,558.63 | $ 0.00 | $ 11,245.75 |
| 11 | MICHAEL ORSENO AND JOE ORSENO | $ 179,465.75 | $ 0.00 | $ 1,210.29 |
| 12 | PCB PIEZOTRONICS INC | $ 2,200.31 | $ 0.00 | $ 14.84 |

Total to be paid to timely general unsecured creditors      $        12,865.27

Remaining Balance      $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE