UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § § § | |
| CVM Companies LLC | § § § | Case No. 16-08981 |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 280,106.51 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 12,865.27 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 11,134.73 | |

3) Total gross receipts of $ 24,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 24,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,937,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 11,134.73 | 11,134.73 | 11,134.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,907,706.12 | 1,907,706.12 | 12,865.27 |
| **TOTAL DISBURSEMENTS** | $ 1,937,000.00 | $ 1,918,840.85 | $ 1,918,840.85 | $ 24,000.00 |

4)  This case was originally filed under chapter 7 on  03/16/2016 .  The case was pending for 25 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/17/2018             By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preferential Transfers | 1241-000 | 24,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$24,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ASSN Company | | 187,000.00 | NA | NA | 0.00 |
| 10A | WELLS FARGO BANK, N.A. | 4210-000 | 1,750,000.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 1,937,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Helms Law Firm P.C. | 2100-000 | NA | 3,150.00 | 3,150.00 | 3,150.00 |
| THE HELMS LAW FIRM PC | 2100-000 | NA | 0.00 | 0.00 | 0.00 |
| THE HELMS LAW FIRM PC | 2200-000 | NA | 13.00 | 13.00 | 13.00 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 4.12 | 4.12 | 4.12 |
| Associated Bank | 2600-000 | NA | 213.23 | 213.23 | 213.23 |
| SPRINGER BROWN LLC | 3210-000 | NA | 7,565.00 | 7,565.00 | 7,565.00 |
| SPRINGER BROWN LLC | 3220-000 | NA | 189.38 | 189.38 | 189.38 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 11,134.73 | $ 11,134.73 | $ 11,134.73 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Auto | | 0.00 | NA | NA | 0.00 |
| | ANCO STEEL COMPANY INC | | 0.00 | NA | NA | 0.00 |
| | ATS LOGISTICS SERVICES INC | | 0.00 | NA | NA | 0.00 |
| | AVALANCHE CO. | | 0.00 | NA | NA | 0.00 |
| | B & B NETWORKS INC | | 0.00 | NA | NA | 0.00 |
| | Baldor Electric Company | | 0.00 | NA | NA | 0.00 |
| | BOWERS TRUCKING INC | | 0.00 | NA | NA | 0.00 |
| | BULLOCK LOGAN & ASSOC INC | | 0.00 | NA | NA | 0.00 |
| | BZ Bearing & Power | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Central Steel & Wire Company | | 0.00 | NA | NA | 0.00 |
| | Chicago-Wilcox Mfg | | 0.00 | NA | NA | 0.00 |
| | CINTAS CORPORATION #344 | | 0.00 | NA | NA | 0.00 |
| | Comed - 125 Tubeway | | 0.00 | NA | NA | 0.00 |
| | ComEd - 804 Congress | | 0.00 | NA | NA | 0.00 |
| | Deublin Company | | 0.00 | NA | NA | 0.00 |
| | DF Fan Services | | 0.00 | NA | NA | 0.00 |
| | Elite Air | | 0.00 | NA | NA | 0.00 |
| | Enterprise Leasing Company | | 0.00 | NA | NA | 0.00 |
| | FAIRBROTHER & ASSOCIATES INC | | 0.00 | NA | NA | 0.00 |
| | Fastenal Company | | 0.00 | NA | NA | 0.00 |
| | FED EX FREIGHT | | 0.00 | NA | NA | 0.00 |
| | Federal Express | | 0.00 | NA | NA | 0.00 |
| | Finishes Unlimited | | 0.00 | NA | NA | 0.00 |
| | First Communications | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fox Valley Fire & Safety | | 0.00 | NA | NA | 0.00 |
| | FreightQuote.com | | 0.00 | NA | NA | 0.00 |
| | GODING ELECTRIC CO | | 0.00 | NA | NA | 0.00 |
| | Grainger | | 0.00 | NA | NA | 0.00 |
| | GRIMM METAL FABRICATORS INC | | 0.00 | NA | NA | 0.00 |
| | ILLINOIS BLOWER INC | | 0.00 | NA | NA | 0.00 |
| | ILLINOIS CRANE INC | | 0.00 | NA | NA | 0.00 |
| | IMBERT INTERNATIONAL, INC | | 0.00 | NA | NA | 0.00 |
| | IPC INTERNATIONAL PACKING & CRATING | | 0.00 | NA | NA | 0.00 |
| | JIM ROBBINS & ASSOC | | 0.00 | NA | NA | 0.00 |
| | John Bergquist | | 0.00 | NA | NA | 0.00 |
| | JOHN R WILLIS INC | | 0.00 | NA | NA | 0.00 |
| | KELLY INDUSTRIAL COATINGS INC | | 0.00 | NA | NA | 0.00 |
| | KENNAMETAL TRICON METALS | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | KIFFER INDUSTRIES INC | | 0.00 | NA | NA | 0.00 |
| | LIEBOVICH STEEL & ALUMINUM CO | | 0.00 | NA | NA | 0.00 |
| | Lisa Fleischmann | | 0.00 | NA | NA | 0.00 |
| | M & R MACHINE & TOOL INC | | 0.00 | NA | NA | 0.00 |
| | MASTERDRIVE INC | | 0.00 | NA | NA | 0.00 |
| | MATT'S REPAIR INC | | 0.00 | NA | NA | 0.00 |
| | METAL SPINNERS INC | | 0.00 | NA | NA | 0.00 |
| | MILLS-WINFIELD ENGINEERING SALES | | 0.00 | NA | NA | 0.00 |
| | MK Systems, Inc. | | 0.00 | NA | NA | 0.00 |
| | MUCK ENGINEERING INC | | 0.00 | NA | NA | 0.00 |
| | NAPCO STEEL, INC | | 0.00 | NA | NA | 0.00 |
| | NICOR GAS | | 0.00 | NA | NA | 0.00 |
| | OVERLY HAUTZ | | 0.00 | NA | NA | 0.00 |
| | PA CRIMSON FIRE RISK SERVICES | | 0.00 | NA | NA | 0.00 |
| | PROQUIP, INC. | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RADIAC ABRASIVES INC | | 0.00 | NA | NA | 0.00 |
| | RBI BEARING INC | | 0.00 | NA | NA | 0.00 |
| | RELIANT LAWN SERVICE INC | | 0.00 | NA | NA | 0.00 |
| | REPUBLIC SERVICES #933 | | 0.00 | NA | NA | 0.00 |
| | REXNORD INDUSTRIES LLC - IL | | 0.00 | NA | NA | 0.00 |
| | RJ KECK PIPE & SUPPLY CO | | 0.00 | NA | NA | 0.00 |
| | Rolled Alloys | | 0.00 | NA | NA | 0.00 |
| | ROSE INDUSTRIAL PRODUCTS | | 0.00 | NA | NA | 0.00 |
| | SAFETY SUPPLY ILLINOIS | | 0.00 | NA | NA | 0.00 |
| | SAFETY-KLEEN | | 0.00 | NA | NA | 0.00 |
| | SCHENCK TREBEL CORPORATION | | 0.00 | NA | NA | 0.00 |
| | SCHWAN MOTOR CO | | 0.00 | NA | NA | 0.00 |
| | SKF USA INC | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | STANDARD FORWARDING LLC | | 0.00 | NA | NA | 0.00 |
| | STAUB ANDERSON GREEN | | 0.00 | NA | NA | 0.00 |
| | SUPERB JANITORIAL SERVICE INC | | 0.00 | NA | NA | 0.00 |
| | TECH INDUSTRIAL SALES | | 0.00 | NA | NA | 0.00 |
| | THE STANDARD COMPANIES | | 0.00 | NA | NA | 0.00 |
| | THE STEEL SUPPLY COMPANY | | 0.00 | NA | NA | 0.00 |
| | TOP SPOT INTERNET MARKETING | | 0.00 | NA | NA | 0.00 |
| | TRANE U.S. INC | | 0.00 | NA | NA | 0.00 |
| | TYCO INTEGRATED SECURITY LLC | | 0.00 | NA | NA | 0.00 |
| | UNITED HEALTHCARE | | 0.00 | NA | NA | 0.00 |
| | UNIVERSAL ACOUSTIC & EMISSION TECH | | 0.00 | NA | NA | 0.00 |
| | VENTFABRICS INC | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | VIBRATION ELIMINATOR CO INC | | 0.00 | NA | NA | 0.00 |
| | WELDSTAR COMPANY | | 0.00 | NA | NA | 0.00 |
| | WENZEL METAL SPINNERS INC | | 0.00 | NA | NA | 0.00 |
| 1 | AIRGAS USA LLC | 7100-000 | 0.00 | 13,157.92 | 13,157.92 | 88.73 |
| 4 | APPLIED INDUSTRIAL TECHNOLOGIES | 7100-000 | 0.00 | 6,222.82 | 6,222.82 | 41.97 |
| 8 | ARC DOCUMENT SOLUTIONS LLC | 7100-000 | 0.00 | 576.76 | 576.76 | 3.89 |
| 7 | ESR MOTOR SYSTEMS LLC | 7100-000 | 0.00 | 3,739.20 | 3,739.20 | 25.22 |
| 2 | FEDEX TECHCONNECT, INC. | 7100-000 | NA | 8,014.88 | 8,014.88 | 54.05 |
| 3 | HUMANA, INC | 7100-000 | 0.00 | 293.26 | 293.26 | 1.98 |
| 9 | LAGRANGE CRANE SERVICES, INC. | 7100-000 | 0.00 | 6,124.09 | 6,124.09 | 41.30 |
| 6 | MCMASTER-CARR SUPPLY COMPANY | 7100-000 | 0.00 | 2,605.25 | 2,605.25 | 17.57 |
| 11 | MICHAEL ORSENO AND JOE ORSENO | 7100-000 | 0.00 | 179,465.75 | 179,465.75 | 1,210.29 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | PCB PIEZOTRONICS INC | 7100-000 | 0.00 | 2,200.31 | 2,200.31 | 14.84 |
| 5 | WEG ELECTRIC CORP | 7100-000 | 0.00 | 17,747.25 | 17,747.25 | 119.68 |
| 10 | WELLS FARGO BANK, N.A. | 7100-000 | 0.00 | 1,667,558.63 | 1,667,558.63 | 11,245.75 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 0.00 | $ 1,907,706.12 | $ 1,907,706.12 | $ 12,865.27 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 16-08981 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | CVM Companies LLC | | | | Date Filed (f) or Converted (c): | 03/16/2016 (f) |
| | | | | | 341(a) Meeting Date: | 04/26/2016 |
| For Period Ending: | 04/17/2018 | | | | Claims Bar Date: | 01/12/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 0.00 | 0.00 | | 0.00 | FA |
| 2. Lake Forest Bank and Trust - checking account | 2,114.51 | 0.00 | | 0.00 | FA |
| 3. Real Property Lease Security Deposit - Orseno Properties LLC | 30,600.00 | 0.00 | | 0.00 | FA |
| 4. Accounts Receivable - 90 days old or less  compelled to abandon per order 6/3/16 [dkt 30] | 75,167.00 | 0.00 | OA | 0.00 | FA |
| 5. Accounts Receivable - over 90 days  compelled to abandon per order 6/3/16 [dkt 30] | 4,382.00 | 0.00 | OA | 0.00 | FA |
| 6. Raw Materials - steel, cones, shrouds and other parts  compelled to abandon per order 6/3/16 [dkt 30] | 32,202.00 | 0.00 | OA | 0.00 | FA |
| 7. Work in Progress - partially completed fans and parts  compelled to abandon per order 6/3/16 [dkt 30] | 11,386.00 | 0.00 | OA | 0.00 | FA |
| 8. Office Furniture - chairs, desks, etc.  compelled to abandon per order 6/3/16 [dkt 30] | 3,305.00 | 0.00 | OA | 0.00 | FA |
| 9. Office equipment, incl. computers  compelled to abandon per order 6/3/16 [dkt 30] | 4,320.00 | 0.00 | OA | 0.00 | FA |
| 10. 2013 Cargo Van - VIN 1GCWGFCA6D1192859  Stay modified per order 10/14/16 [dkt 37] to allow secured creditor to recover collateral | 2,500.00 | 0.00 | | 0.00 | FA |
| 11. 2002 Chevy Van - VIN 1GCGG25R321191343  compelled to abandon per order 6/3/16 [dkt 30] | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 12. 2006 Ford Van - VIN 1FTNE24L23HB06222 | 5,500.00 | 0.00 | | 0.00 | FA |
| 13. Other equipment and tools  compelled to abandon per order 6/3/16 [dkt 30] | 107,130.00 | 0.00 | OA | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-08981 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | CVM Companies LLC | | | | Date Filed (f) or Converted (c): | 03/16/2016 (f) |
| | | | | | 341(a) Meeting Date: | 04/26/2016 |
| For Period Ending: | 04/17/2018 | | | | Claims Bar Date: | 01/12/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Intellectual Property - Champion Fan<br><br>compelled to abandon per order 6/3/16 [dkt 30] | Unknown | 0.00 | OA | 0.00 | FA |
| 15. Internet domain/website -- championfancorp.com, vibramech.co<br><br>compelled to abandon per order 6/3/16 [dkt 30] | Unknown | 0.00 | OA | 0.00 | FA |
| 16. Other intangibles/IP - drawings<br><br>compelled to abandon per order 6/3/16 [dkt 30] | Unknown | 0.00 | OA | 0.00 | FA |
| 17. Lease on real property - 125 Tubeway Dr., Carol Stream, IL<br><br>Stay modified per order 5/13/16 [dkt 22] authorizing landlord to seek judgment for possession of real property against Debtor | 0.00 | 0.00 | | 0.00 | FA |
| 18. Preferential Transfers (u)<br><br>Trustee settled with Rolled Alley for recovery of preferential transfer per court order dated 12/2/16 [dkt 42] for $10,000.00 Trustee filed an adversary against Muck Engineering to recover preferential transfers. Trustee settled per court order dated 3/10/17 [dkt 52] for $4,500.00.<br>Trustee filed an adversary against Baldor Electric to recover preferential transfers. Trustee settled per court order dated 3/10/17 [dkt 52] for $9,500.00. | Unknown | 0.00 | | 24,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $280,106.51  $0.00  $24,000.00  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Exhibit 8

8/17/17:  Trustee settled final adversary for recovery of preferential transfers.  Trustee reviewed claims and objected to Wells Fargo claim which has recently been amended.  Trustee is now revising her TFR.

3/2/17:  Funds have now been received pursuant to one of two preference complaints.  One complaint remains pending.

9/30/16:  Trustee has employed special counsel to pursue preferential transfers.  One transfer has been settled.  Adversary complaints to be filed.

Initial Projected Date of Final Report (TFR): 12/31/2017          Current Projected Date of Final Report (TFR): 12/31/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | |
|---|---|---|---|
| Case No: | 16-08981 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | CVM Companies LLC | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX3847 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3661 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/17/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/19/16 | 18 | Rolled Alloys | preference settlement Settled per order 12/2/16 [dkt 42] | 1241-000 | $10,000.00 | | $10,000.00 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,990.00 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.37 | $9,975.63 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.83 | $9,960.80 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.81 | $9,945.99 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.36 | $9,932.63 |
| 03/09/17 | 101 | INTERNATIONAL SURETIES 701 Polydras St. #420 New Orleans, LA 70139 | Bond #016073584 Reversal check printed without MICR cartridge | 2300-000 | | ($4.12) | $9,936.75 |
| 03/09/17 | 101 | INTERNATIONAL SURETIES 701 Polydras St. #420 New Orleans, LA 70139 | Bond #016073584 | 2300-000 | | $4.12 | $9,932.63 |
| 03/09/17 | 102 | INTERNATIONAL SURETIES 701 Polydras St. #420 New Orleans, LA 70139 | Bond payment | 2300-000 | | $4.12 | $9,928.51 |
| 04/05/17 | 18 | Muck Engineering Corporation | Settlement of preference Per order 3/10/17 [dkt 52] (deposited 3/21/17-posted to ledger 4/5/17) | 1241-000 | $4,500.00 | | $14,428.51 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.14 | $14,411.37 |
| 04/22/17 | 18 | Baldor Fort Smith Arkansas 72908 | preference settlement Settled per order 3/27/17 [dkt 56] | 1241-000 | $9,500.00 | | $23,911.37 |
| | | | Page Subtotals: | | $24,000.00 | $88.63 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-08981 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | CVM Companies LLC | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX3847 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3661 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/17/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.47 | $23,887.90 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.51 | $23,852.39 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.32 | $23,818.07 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.42 | $23,782.65 |
| 01/17/18 | 104 | Springer Brown LLC | Attorney fees Reversal Incorrect amount; check not printed | 3210-000 | | ($7,656.00) | $31,438.65 |
| 01/17/18 | 106 | The Helms Law Firm, P.C. | trustee expenses Reversal Improper endorsement on back of check | 2200-000 | | ($13.00) | $31,451.65 |
| 01/17/18 | 103 | The Helms Law Firm P.C. | trustee compensation Reversal Improper endorsement on back of check | 2100-000 | | ($3,150.00) | $34,601.65 |
| 01/17/18 | 103 | The Helms Law Firm P.C. | trustee compensation | 2100-000 | | $3,150.00 | $31,451.65 |
| 01/17/18 | 104 | Springer Brown LLC | Attorney fees | 3210-000 | | $7,656.00 | $23,795.65 |
| 01/17/18 | 105 | Springer Brown LLC | attorney expenses | 3220-000 | | $189.38 | $23,606.27 |
| 01/17/18 | 106 | The Helms Law Firm, P.C. | trustee expenses | 2200-000 | | $13.00 | $23,593.27 |
| 01/17/18 | 107 | Springer Brown LLC | Attorney fees | 3210-000 | | $7,565.00 | $16,028.27 |
| 01/17/18 | 108 | Airgas USA LLC | Final distibution to creditors - general unsecured | 7100-000 | | $88.73 | $15,939.54 |
| 01/17/18 | 109 | FedEx Techconnect Inc. | Final distribution to general unsecured creditor | 7100-000 | | $54.05 | $15,885.49 |
| 01/17/18 | 110 | Humana, Inc. | Final distribution to general unsecured creditor | 7100-000 | | $1.98 | $15,883.51 |
| | | | Page Subtotals: | | $0.00 | $8,027.86 | |

UST Form 101-7-TDR (10/1/2010) (Page: 17)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-08981 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | CVM Companies LLC | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX3847 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3661 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/17/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/17/18 | 111 | Applied Industrial Technologies | Final distribution to general unsecured creditor | 7100-000 | | $41.97 | $15,841.54 |
| 01/17/18 | 112 | WEG Electric Corp | Final distribution to general unsecured creditor | 7100-000 | | $119.68 | $15,721.86 |
| 01/17/18 | 113 | McMaster-Carr Supply Co | Final distribution to general unsecured creditor | 7100-000 | | $17.57 | $15,704.29 |
| 01/17/18 | 114 | ESR Motor Systems LLC | Final distribution to general unsecured creditor | 7100-000 | | $25.22 | $15,679.07 |
| 01/17/18 | 115 | ARC Document Solutions LLC | Final distribution to general unsecured creditor | 7100-000 | | $3.89 | $15,675.18 |
| 01/17/18 | 116 | LaGrange Crane Services, Inc. | Final distribution to general unsecured creditor | 7100-000 | | $41.30 | $15,633.88 |
| 01/17/18 | 117 | Wells Fargo Bank, N.A | Final distribution to general unsecured creditor | 7100-000 | | $11,245.75 | $4,388.13 |
| 01/17/18 | 118 | Michael and Joseph Orseno | Final distribution to unsecured creditor | 7100-000 | | $1,210.29 | $3,177.84 |
| 01/17/18 | 119 | PCB Piezotronics Inc. | Final distribuiton to general unsecured creditor | 7100-000 | | $14.84 | $3,163.00 |
| 01/17/18 | 120 | The Helms Law Firm P.C. | trustee compensation | 2100-000 | | $3,150.00 | $13.00 |
| 01/17/18 | 121 | The Helms Law Firm P.C. | trustee expenses | 2200-000 | | $13.00 | $0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $24,000.00 | $24,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $24,000.00 | $24,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $24,000.00 | $24,000.00 |

Page Subtotals: $0.00  $15,883.51

UST Form 101-7-TDR (10/1/2010) (Page: 18)

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3847 - Checking | $24,000.00 | $24,000.00 | $0.00 |
| | $24,000.00 | $24,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $24,000.00 |
| Total Gross Receipts: | $24,000.00 |

Page Subtotals:                $0.00        $0.00